**GREENBERG TRAURIG, LLP**
200 Park Avenue
New York, New York 10166
(212) 801-9200 (phone)
(212) 801-6400 (facsimile)
Attorneys for Plaintiff
THEOMETRICS, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
                                :
THEOMETRICS, LLC,               :
                                :
                Plaintiff,      :
                                :   Civil Action No.:
        v.                      :
                                :
CARLSON SOFTWARE, INC.,         :
                                :   JURY DEMANDED
                Defendant.      :
------------------------------- x

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff THEOMETRICS, LLC (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

March 7, 2008

_____
Paul J. Sutton
Attorney Bar Code: PS 8630